**Robert PEREZ–MENDOZA, Petitioner,**

v.

**IMMIGRATION AND NATURALIZATION SERVICE, Respondent.**

**No. 99–70235.**

**I & NS No. A92 573 930.**

United States Court of Appeals, Ninth Circuit.

Argued Nov. 14, 2000.

Submission Deferred Nov. 14, 2000.

Resubmitted: July 19, 2001.

Decided July 23, 2001.

Before PREGERSON, SILVERMAN, and RICHARD C. TALLMAN, Circuit Judges.

### ORDER [1]

This case is hereby resubmitted effective July 19, 2001.

Respondent's Unopposed Motion to Remand to the Agency for Renewed Consideration of Relief is granted.

REMANDED.

---

1. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.